**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| Civil Action No.  09-cv-02797-REB-MJW | FTR - Courtroom A-502 |
| Date:    April 30, 2010 | Courtroom Deputy, Ellen E. Miller |
| <u>Parties</u> | <u>Counsel</u> |
| NADINE JORDAN,<br>        Plaintiff(s), | Pro Se |
| v. | |
| UNIVERSITY COLO HOSPITAL AUTH.,<br>        Defendant(s). | Lucas Lorenz<br>Amy L.  Miletich |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:    **STATUS   CONFERENCE**
**Court in Session:**     9:01 a.m.
Court calls case.  Appearances of *Pro Se* plaintiff and defense counsel.

*Pro Se* plaintiff  is reminded she is  required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P. )  and  the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.).

The Court raises for consideration two documents filed by the plaintiff that are deemed to be motions.   Docket No. 28 and Docket No. 31 are discussed.

**It is ORDERED:**    Plaintiff's document QUESTIONS FOR THE JUDGE [docket No. **28**, Filed April 13, 2010] is **granted** in that the Court addressed on the record items 1 through 3.

With no objection from defendant,
**It is ORDERED:**    Plaintiff's document (1) ©: DAMAGES [Docket No. **31**, Filed April 20, 2010] is **granted** in that Items 1. through 11.  listed on pages 1 and 2 of Docket No. 31  shall be added to the Scheduling Order
under  5. Computation of Damages.
Parties shall file an  AMENDED  SCHEDULING  ORDER for the Court's signature  **on or before MAY 07, 2010 .**

Defendant notes plaintiff filed a Scheduling Order [Docket No. 27, Filed April 7, 2010] in which she listed a deposition schedule listing specific dates  in Section  9.  Case Plan and Schedule, Paragraph 4.e.   As these have not been properly proposed, defendant requests that these dates be vacated.   Defendants request is granted, any dates plaintiff believed to be deposition dates are vacated,  and the parties are directed to meet and confer regarding depositions and to

follow Fed. R. Civ. P. 30.

It is noted no discovery has been served at this time.

**It is ORDERED:** A **SETTLEMENT CONFERENCE** is set **JULY 01, 2010 at 1:30 p.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Updated Confidential Settlement Statements are due to Magistrate Judge Watanabe via e-mail, as a PDF attachment, at Watanabe_Chambers@cod.uscourts.gov *OR* by U.S. Mail if a party does not have CM/ECF privileges **on or before JUNE 25, 2010.** *In the subject line* of the e-mail, counsel shall list the case number, short caption, date of the conference, and "confidential settlement statement." U. S. Mail should be addressed to Magistrate Judge Watanabe, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294.

All attorneys, parties and/or client representatives, including an adjustor if an insurance company is involved, with full settlement authority shall be present **in person** at the settlement conference.

Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification. See D.C.COLO.LCivR 83.2. Failure to comply with this requirement may result in denial of entry to the courthouse.


Hearing concluded.
**Court in recess:** 9:34 a.m.
Total In-Court Time 00:33

To order a transcript of this proceedings, contact Avery Wood Reports  (303) 825-6119 or Toll Free 1-800-962-3345.   FAX (303) 893-8305      www.AveryWoods.net